# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 22 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DUSTIN BRADBURY | Case No. 4:05CR00054-02 JLH |
| | USM No. 23613-009 |
| | Kim Driggers |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilty to violation of condition(s)  General, 1, 11, Special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Violation of federal, state, or local law | April 20, 2010 |
| General | Unlawful use of a controlled substance | March 26, 2010 |
| 1 | Leaving judicial district without permission | April 20, 2010 |
| 11 | Failure to notify probation officer within 72 hours of arrest | April 23, 2010 |
| Special | Failure to attend substance abuse treatment | March 25, 2010 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6046

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Bryant, Arkansas

July 22, 2010
Date of Imposition of Judgment

/s/ J. Leon Holmes
Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

July 22, 2010
Date

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: DUSTIN BRADBURY
CASE NUMBER: 4:05CR00054-02 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

### 24 MONTHS with no term of supervised release to follow

X   The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends defendant be placed in a BOP medical facility in order to receive mental health treatment. Defendant's medical records are being forwarded to the BOP in support of this recommendation. It is also recommended that defendant participate in substance abuse treatment.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m. ☐ p.m. on _____ .

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL