IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              NO. 4:05CR00054-02 JLH

DUSTIN BRADBURY                                                       DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Court directs that the cover letter from Assistant Federal Public Defender Kim Driggers along with the medical and mental health records provided, be forwarded to the United States Probation Office for dissemination to the Bureau of Prisons to assist in determining proper designation for Mr. Bradbury.

All other conditions contained in the original Judgment & Commitment remain in full force and effect.

IT IS SO ORDERED this 23rd day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE